U.S. DISTRICT COURT
2009 SEP 23 P 12:15

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION UNDER 28 U.S.C. § 1343

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

Joshua Woodbury
**[Enter above the full name of the plaintiff in this action]**

**v.** **Docket no.** 09-cv-463-B-W

Maine Department of Corrections/

**[Enter above the full name of the defendant(s) in this action]**

1. Previous Lawsuits

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes [ ] No [✓]

2. If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

1. Parties to this previous lawsuit

Plaintiff(s) ______________________

Defendant(s) ______________________

2. Court [If federal court, name the district; if state court, name the county]

______________________

3. Docket number ______________________

4. Name of judge whom case was assigned ____________

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] ____________

6. Approximate date of filing lawsuit ____________

7. Approximate date of outcome ____________

II. Place of present confinement Maine State Prison

A. Is there a prisoner grievance procedure in this institution?
Yes [√] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ] No [√]

C. If your answer is "Yes"

1. What steps did you tak ____________

2. What was the result? ____________

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff Joshua Woodbury 34435

Address M.S.P 807 Cushing Rd Warren ME 04864

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

**B. Name of Defendant** ____________

**Position** Maine Department of Corrections

**Address** 6 State House Station Augusta Maine 04333

**C. Additional Defendant(s)**____________________

## IV. Statement of Claim

**[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]**

The maine Correctional Center by error Listed me A SEX offender, This Made me Alot of ennemys, Who Followed me To M.S.P. I Was ATTACKed by A Inmate on 4,26,09 Because he Thought I was A molester, Because of This And unnumirable Threats by Inmates I have no choice but to Live In The P.C. unit under unconstitutional Rules, As A Result of The Classification Error listing me As A Sex offender + Life long Registrint Placing my life in Real danger As A result

22. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

I want the courts to Hold Legaly responsible The Classification office For making such A Horrible mistake, which Has caused me so much Trouble and missery, And As A result Led to me being Attacked + Injured / Allso To Mandate That The P.C. Inmates Recive equil Treatment As The Rest of general Population, And To compinsate ME For The MENtal And emotional Injury I have suffered As A result of The Classification error Labbling ME a SEX offender causing me grEife

Joshua Woodbury
Signature of Plaintiff

Signed this 20 day of August, 2009

I declare under penalty of perjury that the foregoing is true and correct.

8,20,09
Date

Joshua Woodbury
Signature of Plaintiff